UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-297 |
| | § | |
| KELLY STRONG, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF TRANSFER

The plaintiff, David Moore, alleges in this Section 1983 action that one of the two defendants assaulted him (Dkt. 1 at p. 3). He has sued the other defendant in a supervisory capacity (Dkt. 1 at p. 3). Although Moore is incarcerated in the Ramsey Unit of the Texas Department of Criminal Justice ("TDCJ"), the incident took place at the Wynne Unit, and both defendants still work at the Wynne Unit (Dkt. 1 at pp. 3–4; Dkt. 5). The Wynne Unit is located in the Houston Division of the Southern District of Texas. The Court will transfer these claims to that division. *See* 28 U.S.C. §§ 124(b)(2), 1391(b), 1404(a).

The Court **ORDERS** the District Clerk to **TRANSFER** this case to the United States District Court for the Southern District of Texas, Houston Division.

The Clerk will send a copy of this order to the parties.

SIGNED at Galveston, Texas, this 24th day of October, 2017.

_____
George C. Hanks Jr.
United States District Judge